## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:  KEVIN JAMES CORNELL  &
       MEGAN ELIZABETH DORAN         Case No.  4:11-bk-20249-BMW

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to CHANDLER REGIONAL MEDICAL CENTER ("Claimant") in the amount of $16,525.28 and said check having not been cashed by said payee, the Trustee pursuant to 11 U.S.C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court, which was deposited in the United States Treasury.

The Claimant believes that it did not receive the dividend check in the above case for the following reasons:

The original payment was mailed to 3033 N 3RD AVE, PHOENIX AZ 85226, The payment sent to this address was not negotiated. It appears that this address is no longer valid and that the change of address prevented delivery of the original payment.

To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

Claimant has authorized the undersigned to act as attorney-in-fact to recover these funds as evidenced by the attached limited power of attorney.

Claimant by and through its attorney-in-fact respectfully moves the Court to enter an order for release of funds due Claimant in the above captioned case.

WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o American Property Locators, Inc., Attn:  Mr. Ron B. Leppke, 3855 South Boulevard, Suite 200, Edmond, OK  73013.

Respectfully Submitted,

Ron B. Leppke, President
American Property Locators, Inc.
Attorney-In-Fact for
CHANDLER REGIONAL MEDICAL CENTER
3855 South Boulevard, Suite 200
Edmond, OK  73013
(405) 340-4900

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:  KEVIN JAMES CORNELL &
       MEGAN ELIZABETH DORAN       Case No.  4:11-bk-20249-BMW

## NOTICE OF SERVICE

## OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given to the U.S. Bankruptcy Court that on  <u>April 23, 2014</u>
                                                     date
a copy of the Application for Payment of Unclaimed Funds was mailed to the office of the

United States Attorney
2 Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ  85004

By: _Ron B Leppke_____

    Ron B. Leppke, President
    American Property Locators, Inc.
    Attorney-In-Fact for
    CHANDLER REGIONAL MEDICAL CENTER

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re: **KEVIN JAMES CORNELL &**
**MEGAN ELIZABETH DORAN**

Case No. **4:11-bk-20249-BMW**

## LIMITED POWER OF ATTORNEY

CHANDLER REGIONAL MEDICAL CENTER, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Ron B. Leppke of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

## Only to recover cash or cash equivalents ($16,525.28) specifically arising from the KEVIN JAMES CORNELL & MEGAN ELIZABETH DORAN bankruptcy matter that belong to the Principal

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 9ᵗʰ day of April, 2014.

**PRINCIPAL:**
CHANDLER REGIONAL MEDICAL CENTER

By: _(signature)_

Title: CFO

PRINCIPAL'S ADDRESS:
C/O Gamage & Burnum
Two North Central Ave., 15th Floor
Phoenix, AZ 85004

STATE OF Arizona )

ACKNOWLEDGMENT

COUNTY OF Maricopa )

Before me, the undersigned a Notary Public, in and for said County and State on this 9ᵗʰ day of April, 2014, personally appeared Chuck M. Sowers to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its CFO and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
15 June 2015

Notary _(signature)_

MARLENE ASHTON
Notary Public — Arizona
Expires 06/15/2015

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In Re:
KEVIN JAMES CORNELL &
MEGAN ELIZABETH DORAN

Debtor(s)

Case No. 4:11-bk-20249-BMW

Chapter 7

## AFFIDAVIT OF CREDITOR

State of Arizona
County of Maricopa

) ss.

I, Chuck M. Sowers of CHANDLER REGIONAL MEDICAL CENTER the undersigned creditor in the above referenced case, being first duly sworn upon oath, states as follows:

1. Ron B. Leppke of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by CHANDLER REGIONAL MEDICAL CENTER to submit an Application for Payment from Unclaimed Funds seeking payment of its claim(s) due and owing to CHANDLER REGIONAL MEDICAL CENTER as a creditor in the above referenced bankruptcy case.

2. CHANDLER REGIONAL MEDICAL CENTER filed the attached claim in this bankruptcy case. CHANDLER REGIONAL MEDICAL CENTER has reviewed its records and to the best of CHANDLER REGIONAL MEDICAL CENTER knowledge and belief, the claim amount is currently still due and owing to CHANDLER REGIONAL MEDICAL CENTER.

3. CHANDLER REGIONAL MEDICAL CENTER is the owner of this claim and is entitled to the recovery of the distribution/unclaimed funds arising from this claim in this bankruptcy case.

4. My name, address and telephone number are as follows:

Chuck M. Sowers
c/o Kaitlin Schafer
Attorney in Fact
CHANDLER REGIONAL MEDICAL CENTER
C/O Gamage & Burnum
Two North Central Ave., 15th Floor
Phoeniz, AZ 85004
602-256-0566

5. CHANDLER REGIONAL MEDICAL CENTER has neither previously received remittance for its claim(s) nor has it contracted with any other party besides the party named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 4/9/14

CHANDLER REGIONAL MEDICAL CENTER
C/O Gamage & Burnum
Two North Central Ave., 15th Floor
Phoeniz, AZ 85004

**ACKNOWLEDGMENT**

STATE OF Arizona )

COUNTY OF Maricopa )

Before me a Notary Public, in and for said County and State on this _9th_ day of _Apr._ , 201_4_ personally appeared _Chuck M. Sowers_ to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its _CFO_ , and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_15 June 2015_

Notary Public

**MARLENE ASHTON**
Notary Public — Arizona
Maricopa County
Expires 06/15/2015

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF ARIZONA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **CORNELL, KEVIN AND MEGAN** | Case Number: **4-11-BK-20249-JMM** |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Chandler Regional Medical Center

**FILED**

Name and address where notices should be sent:
Chandler Regional Medical Center
3033 N 3rd Ave.
Phoenix, AZ 85226

**NOV 14 2012**

Telephone number: 480-338-6569

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):
Chandler Regional Medical Center
3033 N 3rd Ave.
Phoenix, AZ 85226

Telephone number: 602-307-2965

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **16,461.31**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: __Hospital Bills__
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: __9364__

  3a. Debtor may have scheduled account as: _____
  (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 11/12/2012 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Venita Kuhlmann, Venita Kuhlmann, PFS Manager* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Certificate of Authority to Act for
# CHANDLER REGIONAL MEDICAL CENTER

I, the undersigned, _____, as _____ of
CHANDLER REGIONAL MEDICAL CENTER, do hereby certify that
_Ron B. Leppke_____ authority to act on behalf of CHANDLER REGIONAL
MEDICAL CENTER, includes, without limitation, the recovery of unclaimed funds arising
from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this ____
_9th_____ day of ___April_____,
2014.


CHANDLER REGIONAL MEDICAL CENTER

_Chm m lucc_
CFO


Notary Statement

STATE OF _Arizona_

COUNTY OF _Maricopa_

### ACKNOWLEDGMENT

Before me, the undersigned a Notmy Public, in and for said County and State on this _9th_ day of
_April_____, 2014, personally appeared _Chuck M. Sowers_ to me known to be the identical
person who subscribed his/her name to the foregoing instrument, as its _CFO_ and acknowledged to me
that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set
forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first
above written.

My Commission Expires:

_15 June 2014_

Notary

_Marlene Ashton_

MARLENE ASHTON
Notary Public — Arizona
Maricopa County
Expires 06/15/2015

## CHANDLER REGIONAL MEDICAL CENTER Executives

75 executives listed for CHANDLER REGIONAL MEDICAL CENTER's Chandler, AZ location.

| Title | Name & Bio | Contact |
|---|---|---|
| Chairman Of The Board | Nancy Perlick | Email |
| President Of Foundation | Aaron Peace | Email |
| Chief Financial Officer | Chuck Sowers | Email |
| Chief Information Officer | Name On File | |
| Chief Of Medical Staff | Name On File | |
| Chairman Of Anesthesiology Svs | Name On File | |
| Chairman Of Emergency Room | Name On File | |
| Chairman Of Ob/gyn Services | Name On File | |
| Chief Marketing Officer | Name On File | |
| Chairman Of Surgery Services | Name On File | |
| Chairman Of Pediatric Services | Name On File | |
| Chairman Of Radiology Services | Name On File | |
| Chief Nursing Officer | Name On File | |
| Vp Of Operations | Name On File | |
| Vice President Of Marketing Svs | Name On File | |
| Director Of Radiology Services | Name On File | |
| Director Of Hospice Services | Name On File | |
| Dir Of Maternal Health Programs | Name On File | |





You Must Report a Change of Address Within 10 Days

Number B13601386
Expires 09/28/2032
Issued 09/13/2008

Class D Operator
Endorsements NONE

Restrictions A Corrective Lenses